# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
          Appellant,
vs.
MANDALAY BAY CORP, D/B/A
MANDALAY BAY RESORT & CASINO,
          Respondent.

No. 84887

FILED

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Appellant states in his notice of appeal that he appeals from decisions of the district court from April 4, 2022, and April 25, 2022, as well as an order issued May 10, 2022. However, it does not appear that any orders were entered in the underlying district court case (A-17-758861-C) on April 4, 2022, April 25, 2022, or May 10, 2022. To the extent appellant appeals from the April 14, 2022, post-judgment order granting a motion to intervene, it does not appear that any statute or court rule allows an appeal from such an order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, it appears that this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-21483

cc: Hon. James Crockett, District Judge
Matthew Travis Houston
Bernstein & Poisson
Eighth District Court Clerk